# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

THOMAS E. JACKSON, JR.,                    :

    Petitioner,                            :

                                   Case No. 3:05cv00017

vs.                                        :

                                   District Judge Walter Herbert Rice

DEBORAH TIMMERMAN-COOPER,                  :      Magistrate Judge Sharon L. Ovington
Warden, London Correctional Institution,

                          :

    Respondent.                            :

                          :

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON OCTOBER 20, 2005 (Doc. #7); ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE; DENYING AND DISMISSING THOMAS E. JACKSON, JR.'S PETITION FOR A WRIT OF HABEAS CORPUS; DENYING A CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. §2253(c); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations filed on October 20, 2005 (Doc. #7) is **ADOPTED** in full;

2.    Thomas E. Jackson, Jr.'s Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

3.    A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

4.    This case is terminated on the docket of this Court.


Walter Herbert Rice
United States District Judge